UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CALEL PELICO,<br><br>                    Petitioner,<br><br>            v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-03192 ADS<br><br><br>ORDER GRANTING PETITION IN PART AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On June 10, 2026, Petitioner Antonio Calel Pelico, proceeding through counsel, filed a Petition for Writ of Habeas Corpus (the "Petition"). (Dkt. No. 1.) On June 17, 2026, Respondents filed an Answer to the Petition, stating they are "not presenting an opposition argument with respect to providing Petitioner a bond hearing." (Dkt. No. 8.) On June 23, 2026, the parties filed a Joint Proposed Partial Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, proposing the Petition be granted in part and judgment be entered without requiring further proceedings. (Dkt. No. 11.)

In accordance with the Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 14), the unopposed Petition is granted in part.  Within seven (7) days of this Order, Respondents shall provide Petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a).  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.


Dated:  June 24, 2026                        _____/s/ Autumn D. Spaeth_____
                                             THE HONORABLE AUTUMN D. SPAETH
                                             United States Magistrate Judge

2