JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CALEL PELICO,<br><br>                    Petitioner,<br><br>              v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-03192 ADS<br><br><br>JUDGMENT |

Pursuant to the Order Granting Petition in Part and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted in part.


Dated:  June 24, 2026                            /s/ Autumn D. Spaeth
                                        THE HONORABLE AUTUMN D. SPAETH
                                        United States Magistrate Judge